

1  McGREGOR W. SCOTT
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant U.S. Attorney
3  Federal Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000

FILED
MAY 3 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:99 sw 5344 AWI |
| Plaintiff, ) | |
| ) | ORDER TO UNSEAL |
| v. ) | GOVERNMENT'S REQUEST FOR |
| ) | DOWNWARD DEPARTURE |
| HECTOR MEDINA-GONZALEZ, ) | |
| Defendant. ) | |

The Government's Request for Downward Departure in this case, having been sealed by Order of this Court on April 30, 2001, and it appearing that it no longer need remain secret,

IT IS HEREBY ORDERED that the Motion for Downward Departure be unsealed and made public record.

DATED: May 3, 2006

_____
HONORABLE SANDRA M. SNYDER

1